# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-0941

_____

DOMINIC A. DIMAIO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 21, 2022

PER CURIAM.

The Court denies the petition for writ of certiorari on the merits.

The Court denies all pending motions as moot.

LEWIS, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dominic A. DiMaio, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.